JOSEPH P. VASTINE, Appellant, *v.* SEYMOUR VOULLAIRE, Respondent.

1. *Circuit attorneys—Fees.*—In cases where indictments were found and drawn up during the term of one incumbent of the office of circuit attorney, and he performed all the actual services which were rendered, and the cases were continued and not brought to trial, and no services rendered in them by the next incumbent of that office during his term, the fees accrued belonged to the former.

*Appeal from St. Louis Court of Criminal Correction.*

*Lackland, Martin & Lackland,* for appellant.

*Seymour Voullaire,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

The contest in this case springs out of each party claiming certain fees as circuit attorney of the Eighth Judicial Circuit. It was tried in the court below on an agreed statement of facts. The judgment was for the respondent.

Voullaire was the immediate predecessor of Vastine in the office, and the statement shows that the cases in which he received fees were where the indictments were found and drawn up during his term of office, and where he performed all the actual services which were rendered. Some of the cases were on the docket when Vastine came into office, but they appear to have been continued, and were never brought to trial, and he performed no services in them. The fees were regularly taxed up and paid to Voullaire, and, we think, rightly. The counter-claim presented by Voullaire stands upon the same ground. He was entitled to the items included therein, upon the principles above indicated.

Judgment affirmed. The other judges concur.